SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 15 2015

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED UNDER SEAL |
| v. | NO. |
| GREGORY BOWDEN A.K.A "G" | 3-15CR-0558D |

INDICTMENT

The Grand Jury Charges:

Count One
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a) and (b)(2))

From on or about June 19, 2014 through on or about June 27, 2014, the exact dates being unknown to the grand jury, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Gregory Bowden a.k.a. "G"**, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained and maintained by any means, and benefitted, financially and by receiving anything of value, from participating in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, victim Jane Doe, who had not attained the age of 18 years, and whom he had a reasonable opportunity to observe, knowing or in reckless disregard of the fact that victim Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a) and (b)(2).

Indictment - Page 1

<u>Count Two</u>
Sex Trafficking Through Force, Fraud or Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and 2)

From on or about June 19, 2014 through on or about June 27, 2014, the exact dates being unknown to the grand jury, in the Dallas Division of the Northern District of Texas, and elsewhere, defendant **Gregory Bowden a.k.a. "G"** knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means, victim Jane Doe, knowing and in reckless disregard of the fact that force, threats of force, fraud and coercion and any combination of such means would be used to cause victim Jane Doe to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and 2.

<u>Count Three</u>
Sex Trafficking Through Force, Fraud or Coercion
(Violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and 2)

From on or about February 1, 2014 through on or about December 19, 2014, the exact dates being unknown to the grand jury, in the Dallas Division of the Northern District of Texas, and elsewhere, defendant **Gregory Bowden a.k.a. "G"** knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means, victim R.R., knowing and in reckless disregard of the fact that force, threats of force, fraud and coercion and any combination of such means would be used to cause victim R.R to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and 2.

## Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offenses alleged in Count One, Count Two and/or Count Three of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendant, **Gregory Bowden,** shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

A TRUE BILL

_____
FOREPERSON


JOHN R. PARKER
UNITED STATES ATTORNEY


_____
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

GREGORY BOWDEN, a.k.a."G"

---

INDICTMENT

18 U.S.C. § 1591(a) and (b)(2)
Sex Trafficking of Children

18 U.S.C. §§ 1591(a)(1) and (b)(1) and 2
Sex Trafficking Through Force, Fraud or Coercion

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

3 Counts

---

A true bill rendered

_____   _____
DALLAS                                                                   FOREPERSON

Filed in open court this 15th day of December, 2015.

------------------------------------------------------------------------
_____
                                                                                              Clerk

**Warrant to be Issued**

------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending