CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# United States District Court
# Northern District of Texas

2016 FEB 11 AM 10: 39

DEPUTY CLERK_____

UNITED STATES OF AMERICA

V.

Gregory Bowden
aka
"G"

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:15-cr-558-D

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Gregory Bowden

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Sex Trafficking of Children
Sex Trafficking Through Force, Fraud and Coercion
Sex Trafficking Through Force, Fraud and Coercion

2015 DEC 16 AM 11: 16
US MARSHALS SERVICE N/TX
DALLAS, TEXAS

in violation of Title   18:1591(a) and (b)(2), 18:1591(a)(1) and (b)(1) and 2,

United States Code, Section(s)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Renee Harris Toliver
Judge

12/16/2015
Date

Dallas, TX
Location

s/ N. Taylor
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas, Texas

| DATE RECEIVED 12·16·2015 | NAME AND TITLE OF ARRESTING OFFICER Lina A. Gilderson DHS / HSI Special Agent | SIGNATURE OF ARRESTING OFFICER _Lina C. Gilderson_ |
| DATE OF ARREST 2·9·2016 | | |

9965284